# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Edison, Andrew M. | **2. Court or Organization**<br><br>Southern District of Texas | **3. Date of Report**<br><br>11/10/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full time) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>601 Rosenberg<br>Seventh Floor<br>Galveston, TX 77550 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Houston Law Center |
| 2. | President | Andrew Edison PC |
| 3. | Partner | Monster Investments II, L.P. |
| 4. | Partner | Monster Investments III, L.P. |
| 5. | Partner | Brasada Long-Short Equity Fund, L.P. |
| 6. | Member | TEP II FNF LLC |
| 7. | Member | MSC TEP III LLC |
| 8. | Member | MSC Weslayan LLC |
| 9. | Member | GS Alberta LLC |
| 10. | Member | GS Borthwick LLC |
| 11. | Member | GS 29 LLC |
| 12. | Member | GS 845 Columbia LLC |
| 13. | Member | GS Kerby LLC |
| 14. | Member | MSC Columbia LLC |
| 15. | Member | GS Bryant LLC |
| 16. | Member | MSC MJ Real Estate Fund LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| **Edison, Andrew M.** | 11/10/2020 |

| | | |
|---|---|---|
| 17. | Partner | Five Riverway Ltd. |
| 18. | Member | 14703 Partners Holdings LLC |
| 19. | Member | 14703 Partners Industries LLC |
| 20. | Member | GS Brue LLC |
| 21. | Member | MSC Loan LLC |
| 22. | Partner | Blackstone Energy PRN ON CL A |
| 23. | Partner | Blackstone RE Debt II LP |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Houston Law Center, teaching income | $1,700.00 |
| 2. 2018 | Andrew Edison PC | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Edison, Andrew M.** | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Wells Fargo Cash Account #1 | A | Interest | N | T | | | | | |
| 2. | Wells Fargo Cash Account #2 | A | Interest | J | T | | | | | |
| 3. | Independent Bank Cash Account | A | Interest | | | Closed | 11/02/18 | J | | |
| 4. | Investment Account #1 (H) | | | | | | | | | |
| 5. | - BRK.B | | None | M | T | | | | | |
| 6. | - KYN | D | Dividend | L | T | | | | | |
| 7. | - UTF | C | Dividend | L | T | Buy | 06/12/18 | L | | |
| 8. | - JP Morgan TR II US Gov't Money Mkt | A | Dividend | J | T | | | | | |
| 9. | Investment Account #2 (H) | | | | | | | | | |
| 10. | - Blckstone Energy PRN ON CL A | G | Distribution | N | T | | | | | |
| 11. | - Blckstone RE Debt II LP | F | Distribution | K | T | | | | | |
| 12. | - Morgan Stanley cash (Y) | | | | | | | | | |
| 13. | Investment Account #3 (H) | | | | | | | | | |
| 14. | - 2U Inc. | | None | | | Buy | 07/09/18 | K | | |
| 15. | | | | | | Sold | 11/19/18 | J | | |
| 16. | - AES Corp. common stock | B | Dividend | K | T | Buy | 06/13/18 | L | | |
| 17. | | | | | | Sold<br>(part) | 10/22/18 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Alexandria Real Estate Equities Inc. REIT | A | Dividend | K | T | Buy (add'l) | 01/25/18 | K | | |
| 19. | | | | | Sold (part) | 03/15/18 | K | A | |
| 20. - Align Technology Inc. common stock | | None | K | T | Buy | 11/08/18 | J | | |
| 21. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 22. - Alphabet Inc. Cl A common stock | | None | L | T | Buy (add'l) | 01/25/18 | K | | |
| 23. | | | | | Sold (part) | 05/24/18 | J | | |
| 24. - American Mun Pwr-OH Inc. Rev. Bond (X) | C | Interest | M | T | | | | | |
| 25. - American Tower REIT | A | Dividend | K | T | Buy (add'l) | 01/25/18 | K | | |
| 26. | | | | | Sold (part) | 03/15/18 | K | A | |
| 27. - American WaterWorks Inc. common stock | A | Dividend | K | T | Buy (add'l) | 01/25/18 | K | | |
| 28. | | | | | Sold (part) | 05/24/18 | J | | |
| 29. | | | | | Sold (part) | 10/22/18 | J | B | |
| 30. - Avangrid Inc. common stock | B | Dividend | | | Buy (add'l) | 01/25/18 | K | | |
| 31. | | | | | Sold (part) | 03/15/18 | K | A | |
| 32. | | | | | Sold (part) | 11/26/18 | J | A | |
| 33. | | | | | Sold | 12/21/18 | K | B | |
| 34. - Brasada Long Short Equity Fund, LP | | None | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Brownsville PA Area Sch Dist G.O. Bond | C | Interest | L | T | | | | | |
| 36. - BWX Technologies Inc. common stock | A | Dividend | K | T | Buy | 07/09/18 | K | | |
| 37. - Camino Real TX Rev Bond | D | Interest | N | T | Buy | 09/12/18 | N | | |
| 38. - Cavco Industries common stock | | None | K | T | Buy | 11/08/18 | J | | |
| 39. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 40. - Chippewa Cnty MN Gross Rev Bond | C | Interest | M | T | | | | | |
| 41. - Cintas Corp. common stock | A | Dividend | K | T | Buy (add'l) | 01/25/18 | K | | |
| 42. | | | | | Sold (part) | 03/15/18 | K | A | |
| 43. - CMS Energy Corp. common stock | A | Dividend | K | T | Buy | 12/21/18 | K | | |
| 44. - Comanche Cnty OK Indpt Sch Dist Bond | C | Interest | M | T | | | | | |
| 45. - Commercial Metals Co common stock | B | Dividend | K | T | Buy | 03/15/18 | K | | |
| 46. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 47. - Constellation Software common stock | B | Dividend | K | T | Buy | 01/25/18 | K | | |
| 48. - Copart Inc. common stock | | None | J | T | Buy | 11/26/18 | J | | |
| 49. - CoreSite Realty Corp REIT | B | Dividend | | | Buy (add'l) | 01/25/18 | K | | |
| 50. | | | | | Sold (part) | 05/10/18 | J | | |
| 51. | | | | | Sold (part) | 10/22/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 10/30/18 | K | | |
| 53. | | | | | Sold | 10/31/18 | J | | |
| 54.   - Crowm Castle Intl Corp common stock | B | Dividend | K | T | Buy<br>(add'l) | 01/25/18 | K | | |
| 55. | | | | | Sold<br>(part) | 03/15/18 | K | A | |
| 56. | | | | | Sold<br>(part) | 11/26/18 | J | A | |
| 57.   - Cyrus One common stock | B | Dividend | K | T | Buy | 05/10/18 | L | | |
| 58. | | | | | Sold<br>(part) | 06/13/18 | J | A | |
| 59. | | | | | Sold<br>(part) | 10/22/18 | J | B | |
| 60. | | | | | Buy | 10/31/18 | J | | |
| 61.   - Davenport IA G.O. Bond | D | Interest | N | T | | | | | |
| 62.   - Dentsply Sirona Inc common stock | A | Dividend | | | Buy<br>(add'l) | 01/25/18 | J | | |
| 63. | | | | | Sold | 05/09/18 | K | | |
| 64.   - Diamondback Energy Inc. common stock | A | Dividend | J | T | Buy | 07/09/18 | K | | |
| 65.   - Digital Realty Trust Inc. common stock | B | Dividend | K | T | Buy | 10/30/18 | K | | |
| 66. | | | | | Sold<br>(part) | 11/26/18 | J | A | |
| 67.   - Entergy Corp common stock | B | Dividend | | | Buy<br>(add'l) | 01/19/18 | K | | |
| 68. | | | | | Buy<br>(add'l) | 01/25/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 03/15/18 | L | | |
| 70.   - EPAM Sys Inc common stock | | None | L | T | Buy<br>(add'l) | 01/25/18 | K | | |
| 71. | | | | | Sold<br>(part) | 03/15/18 | K | A | |
| 72. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 73.   - Equinix Inc common stock | B | Dividend | | | Buy<br>(add'l) | 01/25/18 | K | | |
| 74. | | | | | Sold | 05/10/18 | L | | |
| 75. | | | | | Buy | 07/09/18 | K | | |
| 76. | | | | | Sold<br>(part) | 10/30/18 | J | | |
| 77. | | | | | Sold | 10/31/18 | J | | |
| 78.   - ETFMG Alternative Harvest ETF | | None | | | Buy | 01/08/18 | K | | |
| 79. | | | | | Sold | 01/12/18 | K | | |
| 80.   - FL St Tpk Auth Rev Bond | D | Interest | M | T | | | | | |
| 81.   - FLIR Systems Inc common stock | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 82. | | | | | Buy<br>(add'l) | 07/03/18 | J | | |
| 83. | | | | | Buy<br>(add'l) | 07/09/18 | K | | |
| 84. | | | | | Sold<br>(part) | 09/06/18 | K | C | |
| 85.   - Goldman Sachs MLP & Energy<br>Renaissance Fund closed-end ETF | E | Dividend | | | Buy<br>(add'l) | 01/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 11/21/18 | M | | |
| 87. | | | | | Sold | 11/26/18 | M | | |
| 88. - Grady Cnty OK Indpt Sch Dist G.O. Bond | C | Interest | M | T | | | | | |
| 89. - Hardin Cnty KY Sch Dist Fin Corp Sch Bond | B | Interest | L | T | | | | | |
| 90. - Huron SD Sch Dist No 2-2 Ltd. Tax G.O. Bond | B | Interest | L | T | | | | | |
| 91. - IDACORP Inc common stock | A | Dividend | K | T | Buy | 06/13/18 | L | | |
| 92. | | | | | Sold (part) | 09/06/18 | J | B | |
| 93. | | | | | Sold (part) | 11/26/18 | J | B | |
| 94. - iShares Barclays Short Treasury Bond ETF | A | Dividend | | | Sold (part) | 01/08/18 | J | | |
| 95. | | | | | Buy | 01/19/18 | K | | |
| 96. | | | | | Sold | 01/25/18 | K | | |
| 97. | | | | | Buy | 02/01/18 | L | | |
| 98. | | | | | Sold | 03/15/18 | L | | |
| 99. - iShares Core S&P Mid-Cap ETF | D | Dividend | N | T | Donated (part) | | | | |
| 100. - iShares Core S&P Small Cap ETF | D | Dividend | O | T | Buy (add'l) | 04/05/18 | N | | |
| 101. | | | | | Sold (part) | 07/10/18 | K | B | |
| 102. | | | | | Sold (part) | 11/19/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Edison, Andrew M.** | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 11/26/18 | M | | |
| 104. - iShares Dow Jones US Oil & Gas Ex Index ETF | C | Dividend | M | T | Buy<br>(add'l) | 05/22/18 | K | | |
| 105. - iShares MSCI Min Vol Emergung Markets ETF | | None | | | Sold | 06/13/18 | N | F | |
| 106. - iShares MSCI USA Quality Factor ETF | D | Dividend | M | T | Sold<br>(part) | 01/19/18 | L | D | |
| 107. - iShares S&P Growth Index ETF | D | Dividend | N | T | Sold<br>(part) | 01/25/18 | L | C | |
| 108. - iShares S&P Short Term National Muni Bond ETF | | None | | | Buy | 09/05/18 | M | | |
| 109. | | | | | Sold<br>(part) | 09/14/18 | M | | |
| 110. | | | | | Buy<br>(add'l) | 10/01/18 | M | | |
| 111. | | | | | Sold<br>(part) | 10/03/18 | M | | |
| 112. | | | | | Buy<br>(add'l) | 11/02/18 | J | | |
| 113. | | | | | Sold | 11/21/18 | J | A | |
| 114. - iShares S&P 500 Value ETF | E | Dividend | O | T | | | | | |
| 115. - iShares Trust Core MSCI EAFE ETF | D | Dividend | N | T | Sold<br>(part) | 08/07/18 | K | | |
| 116. - Jamestown ND Park Dist Rev Bond | C | Interest | M | T | | | | | |
| 117. - Maingate MLP mutual fund | D | Dividend | N | T | Buy | 12/26/18 | N | | |
| 118. - MainStreet Capital Corp common stock | C | Dividend | K | T | Buy<br>(add'l) | 01/25/18 | K | | |
| 119. | | | | | Sold<br>(part) | 05/24/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 11/26/18 | J | | |
| 121.  - Maricopa Cnty AZ Sch Dist #38 G.O. Bond | C | Interest | N | T | | | | | |
| 122.  - Matador Resources Co. common stock | | None | K | T | Buy | 07/09/18 | K | | |
| 123. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 124.  - Microsoft Corp common stock | A | Dividend | L | T | Buy<br>(add'l) | 01/25/18 | K | | |
| 125. | | | | | Sold<br>(part) | 03/15/18 | K | A | |
| 126.  - Minn St Hsg Fin Agy Rev Bond #1 | B | Interest | L | T | Redeemed<br>(part) | 10/01/18 | J | | |
| 127. | | | | | Redeemed<br>(part) | 11/01/18 | J | | |
| 128.  - Minn St Hsg Fin Agy Rev Bond #2 | B | Interest | L | T | Redeemed<br>(part) | 05/18/18 | J | | |
| 129. | | | | | Redeemed<br>(part) | 07/02/18 | J | | |
| 130. | | | | | Redeemed<br>(part) | 12/03/18 | J | | |
| 131.  - Minot ND Pk Dist Pk Facs Gross Rev Bond | D | Interest | M | T | | | | | |
| 132.  - Miss St Dev Bank Spl Rev Bond | A | Interest | | | Matured | 10/01/18 | L | | |
| 133.  - Monarch Casino & Resort Inc. common stock | | None | J | T | Buy | 07/09/18 | K | | |
| 134. | | | | | Sold<br>(part) | 11/26/18 | J | | |
| 135.  - National Instruments Corp common stock | B | Dividend | L | T | Buy | 06/13/18 | L | | |
| 136.  - NextEra Energy Inc common stock | A | Dividend | L | T | Buy<br>(add'l) | 01/25/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 03/15/18 | K | A | |
| 138. | | | | | Sold<br>(part) | 11/19/18 | J | B | |
| 139.   - Northeast TX Mun Wtr Dist Rev Bond | | None | | | Redeemed | 09/04/18 | M | | |
| 140.   - ONEOK Inc common stock | B | Dividend | L | T | Buy<br>(add'l) | 01/25/18 | J | | |
| 141. | | | | | Sold<br>(part) | 05/10/18 | J | A | |
| 142. | | | | | Sold<br>(part) | 06/13/18 | J | A | |
| 143.   - Plains GP Holdings common stock | B | Dividend | K | T | Buy<br>(add'l) | 03/15/18 | K | | |
| 144.   - Public Fin Auth Wl Rev Bond | B | Interest | L | T | Buy | 07/20/18 | L | | |
| 145.   - Quakertown PA Cmny Sch Dist G.O. Bond | D | Interest | M | T | | | | | |
| 146.   - Rexford Industrial Realty Inc REIT | B | Dividend | K | T | Buy<br>(add'l) | 01/25/18 | K | | |
| 147. | | | | | Sold<br>(part) | 05/10/18 | J | B | |
| 148. | | | | | Sold<br>(part) | 11/19/18 | J | B | |
| 149.   - Salt Lake UT Met Wtr Dist Rev Bond | D | Interest | M | T | | | | | |
| 150.   - SBA Communications Corp. common<br>stock | | None | J | T | Buy | 07/09/18 | K | | |
| 151. | | | | | Sold<br>(part) | 11/26/18 | J | A | |
| 152.   - Schwab US Dividend Equity ETF | D | Dividend | O | T | Sold<br>(part) | 01/25/18 | M | E | |
| 153.   - SCP Pool Corp. common stock | A | Dividend | | | Buy | 07/03/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 07/09/18 | K | | |
| 155.  - Sempra Energy common stock | A | Dividend | | | Buy | 03/15/18 | K | | |
| 156. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 157. | | | | | Sold | 06/11/18 | L | B | |
| 158.  - Sioux City IA G.O. Bond | C | Interest | M | T | | | | | |
| 159.  - South Dakota St Health & Educ Rev Bond | D | Interest | M | T | | | | | |
| 160.  - Southern Copper Corp common stock | A | Dividend | | | Buy | 03/15/18 | K | | |
| 161. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 162. | | | | | Sold | 06/25/18 | K | | |
| 163.  - SPDR Barclays 1-3 Month T-Bill ETF | A | Dividend | L | T | Buy | 03/15/18 | M | | |
| 164. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 165. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 166. | | | | | Sold (part) | 05/24/18 | J | A | |
| 167. | | | | | Sold (part) | 06/13/18 | L | A | |
| 168. | | | | | Buy (add'l) | 07/13/18 | K | | |
| 169. | | | | | Sold (part) | 08/06/18 | K | A | |
| 170. | | | | | Buy (add'l) | 09/06/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 09/14/18 | K | A | |
| 172. | | | | | Sold<br>(part) | 10/03/18 | L | | |
| 173. | | | | | Buy<br>(add'l) | 10/22/18 | L | | |
| 174. | | | | | Buy<br>(add'l) | 10/31/18 | J | | |
| 175. | | | | | Sold<br>(part) | 11/08/18 | K | | |
| 176. | | | | | Sold<br>(part) | 11/15/18 | M | A | |
| 177. | | | | | Buy<br>(add'l) | 11/19/18 | M | | |
| 178. | | | | | Sold<br>(part) | 11/21/18 | M | A | |
| 179. | | | | | Buy<br>(add'l) | 11/26/18 | L | | |
| 180. | | | | | Buy<br>(add'l) | 12/04/18 | K | | |
| 181. | | | | | Sold<br>(part) | 12/21/18 | K | A | |
| 182. - SPDR S&P Regional Banking ETF | C | Dividend | M | T | Buy | 06/13/18 | N | | |
| 183. | | | | | Sold<br>(part) | 11/26/18 | L | | |
| 184. - Sun Communities Inc common stock | B | Dividend | K | T | Buy | 06/25/18 | K | | |
| 185. - Tallgrass Energy common stock | | None | | | Sold | 03/15/18 | K | | |
| 186. - TD Ameritrade Money Market Fund | A | Dividend | K | T | | | | | |
| 187. - Temple TX ISD G.O. Bond | A | Interest | | | Matured | 02/01/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. - Tenaris SA Spons ADR | A | Dividend | | | Buy | 05/10/18 | L | | |
| 189. | | | | | Sold | 09/06/18 | K | | |
| 190. - Valley View PA SCh Dist G.O. Bond | B | Interest | L | T | | | | | |
| 191. - Virginia St Pub Bldg Auth Pub Rev Bond | C | Interest | M | T | | | | | |
| 192. -- Wagoner Cnty OK Indpt Sch Dist G.O. Bond | C | Interest | L | T | | | | | |
| 193. -- Wallenpaupack PA Area Sch Dist G.O. Bond | B | Interest | M | T | | | | | |
| 194. Waste Connections Inc New common stock | A | Dividend | K | T | Buy (add'l) | 01/25/18 | K | | |
| 195. | | | | | Sold (part) | 03/15/18 | K | A | |
| 196. | | | | | Buy (add'l) | 07/09/18 | K | | |
| 197. | | | | | Sold (part) | 10/22/18 | K | A | |
| 198. - Williston ND G.O. Bond | B | Interest | L | T | | | | | |
| 199. - XPO Logistics Inc. common stock | | None | J | T | Buy | 07/09/18 | K | | |
| 200. - Zoetis Inc. common stock | A | Dividend | J | T | Buy | 07/09/18 | K | | |
| 201. | | | | | Sold (part) | 11/26/18 | J | A | |
| 202. Rental Property, Snowmass, CO. (50 percent interest) | E | Rent | N | W | | | | | |
| 203. Rental Property, Parcel #1 Houston, TX (50 percent interest) | E | Rent | N | W | | | | | |
| 204. Rental Property, Parcel #2 Houston, TX (50 percent interest) | E | Rent | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Rental Property, Parcel #3 Houston, TX (50 percent interest) | E | Rent | N | W | | | | | |
| 206. Rental Property, Parcel #4 Houston, TX 50 percent interest) | E | Rent | N | W | | | | | |
| 207. Note -- Dan Riley Colorado loan | E | Interest | M | T | | | | | |
| 208. Note -- Dan Riley W. Pierce loan | E | Interest | M | T | | | | | |
| 209. Note -- Dan Riley 901 W. 15 1/2 Street loan (#1) | D | Interest | L | T | | | | | |
| 210. Note -- Dan Riley 901 W. 15 1/2 Street loan (#2) | E | Interest | M | T | | | | | |
| 211. Note -- Dan Riley Wister | E | Interest | M | T | | | | | |
| 212. Note -- Dan Riley Allston | D | Interest | N | T | | | | | |
| 213. 529 Michigan Educ. Savings Plan (Moderate Age-Based Option 15) | | None | M | T | | | | | |
| 214. 529 Utah Educ. Savings Plan (Age-Based Moderate) | | None | N | T | | | | | |
| 215. TEP II FNF LLC | F | Distribution | M | W | | | | | |
| 216. MSC TEP III LLC | | None | M | W | | | | | |
| 217. MSC Weslayan LLC | | None | O | W | | | | | |
| 218. GS Alberta LLC | G | Distribution | N | W | | | | | |
| 219. GS Borthwick LLC | D | Distribution | L | W | | | | | |
| 220. GS 29 LLC | D | Distribution | L | W | | | | | |
| 221. GS 845 Columbia LLC | E | Distribution | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  GS Kerby LLC | E | Distribution | M | W | | | | | |
| 223.  MSC Columbia LLC | E | Distribution | M | W | | | | | |
| 224.  GS Bryant LLC | E | Distribution | M | W | | | | | |
| 225.  MSC MJ Real Estate Fund LLC | F | Distribution | N | W | | | | | |
| 226.  GS Brue LLC | | None | N | W | Buy | 10/25/18 | N | | |
| 227.  MSC Loan LLC | | None | M | W | Buy | 11/30/18 | M | | |
| 228.  14703 Partners Holdings LLC | | None | K | W | Buy | 08/03/18 | K | | |
| 229.  14703 Partners Industries LLC | | None | L | W | Buy | 08/03/18 | L | | |
| 230.  Five Riverway Ltd. | D | Distribution | L | W | | | | | |
| 231.  IRA #1 (H) | | | | | | | | | |
| 232.  - SPY | | None | J | T | | | | | |
| 233.  - KYN | | None | J | T | Buy | 01/10/18 | J | | |
| 234.  - DVN | | None | J | T | | | | | |
| 235.  - cash with Ameritrade | | None | J | T | | | | | |
| 236.  IRA #2 (H) | | | | | | | | | |
| 237.  - Align Technology Inc. common stock | | None | K | T | Buy | 11/21/18 | K | | |
| 238.  - Allergan PLC common stock | A | Dividend | | | Buy<br>(add'l) | 02/15/18 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold | 05/03/18 | K | | |
| 240. - Alphabet Inc common stock | | None | K | T | | | | | |
| 241. - Amazon.com Inc common stock | | None | K | T | | | | | |
| 242. - Bank of America Corp common stock | A | Dividend | K | T | | | | | |
| 243. - BlackRock Inc common stock | A | Dividend | K | T | | | | | |
| 244. - Caterpillar Inc common stock | A | Dividend | K | T | Buy<br>(add'l) | 02/15/18 | J | | |
| 245. - Columbia Sportswear Co sommon stock | A | Dividend | K | T | | | | | |
| 246. - Costco Wholesale Corp common stock | B | Dividend | K | T | Buy<br>(add'l) | 02/15/18 | J | | |
| 247. - Cullen Frost Bankers common stock | A | Dividend | K | T | Buy | 03/13/18 | K | | |
| 248. - Devon Energy Corp common stock | A | Dividend | K | T | | | | | |
| 249. - Diamondback Energy Inc common stock | A | Dividend | K | T | Buy | 03/13/18 | K | | |
| 250. - Domino's Pizza Inc common stock | A | Dividend | K | T | Buy | 05/03/18 | K | | |
| 251. - Electronic Arts common stock | | None | | | Sold | 11/21/18 | K | | |
| 252. - EOG Resources Inc common stock | A | Dividend | K | T | | | | | |
| 253. - Evansville IN Red Auth Rev Bond | B | Interest | | | Sold | 01/22/18 | K | | |
| 254. - Facebook Inc common stock | | None | K | T | | | | | |
| 255. - Garrett Motion Inc. common stock (spin<br>off from Honeywell) | | None | | | Spinoff<br>(from line 266) | 10/01/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 11/21/18 | J | | |
| 257.  - Goldman Sachs Group Inc common stock | A | Dividend | | | Buy (add'l) | 01/23/18 | J | | |
| 258. | | | | | Sold | 11/21/18 | K | | |
| 259.  - Goldman Sachs MLP & Energy Renaissance Fund closed-end ETF | C | Dividend | | | Buy (add'l) | 01/23/18 | J | | |
| 260. | | | | | Sold | 11/21/18 | K | | |
| 261.  - Haliburton Co common stock | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 262. | | | | | Sold | 07/25/18 | K | A | |
| 263.  - Hologic Inc common stock | | None | | | Buy (add'l) | 02/15/18 | J | | |
| 264. | | | | | Sold | 05/03/18 | K | | |
| 265.  - Home Depot Inc common stock (X) | A | Dividend | K | T | | | | | |
| 266.  - Honeywell International common stock | A | Dividend | K | T | Buy | 05/03/18 | K | | |
| 267.  - Huntington Ingalls Industries Inc common stock | A | Dividend | K | T | | | | | |
| 268.  - IDEXX Labs Corp common stock | | None | K | T | Buy | 05/03/18 | K | | |
| 269.  - Intuit Inc common stock | | None | K | T | Buy | 05/03/18 | K | | |
| 270.  - Invesco KBW Regional Banking ETF | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 271. | | | | | Sold | 03/13/18 | K | A | |
| 272.  - iShares Core S&P Small Cap ETF | A | Dividend | | | Sold | 02/15/18 | J | C | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.   - iShares S&P 500 Value ETF | A | Dividend | | | Sold | 02/15/18 | J | C | |
| 274.   - Live Nation Inc common stock | | None | K | T | | | | | |
| 275.   - Live Oak Bancshares Inc common stock | A | Dividend | | | Buy | 03/13/18 | K | | |
| 276. | | | | | Sold | 11/21/18 | K | | |
| 277.   - Lockheed Martin Corp common stock | A | Dividend | J | T | | | | | |
| 278.   - Maingate MLP Mutual Fund | A | Dividend | K | T | Buy | 11/21/18 | K | | |
| 279.   - Martin Marietta Materials Inc. common stock | A | Dividend | K | T | Buy | 07/25/18 | K | | |
| 280.   - Masco Corp common stock | A | Dividend | | | Buy (add'l) | 02/15/18 | J | | |
| 281. | | | | | Sold | 05/03/18 | K | B | |
| 282.   - Microchip Technology Inc commons stock | A | Dividend | K | T | | | | | |
| 283.   - Microsoft Corp common stock | A | Dividend | K | T | | | | | |
| 284.   - National Beverage Corp common stock | A | Dividend | K | T | Buy (add'l) | 02/15/18 | J | | |
| 285.   - Northrop Grumman Corp common stock | A | Dividend | K | T | | | | | |
| 286.   - PayPal Holdings Inc common stock | | None | K | T | | | | | |
| 287.   - Resideo Technologies Inc.common stock (spin-off from Honeywell) | | None | | | Spinoff (from line 266) | 10/29/18 | J | | |
| 288. | | | | | Sold | 11/21/18 | J | | |
| 289.   - Resmed Inc. common stock | A | Dividend | K | T | Buy | 11/21/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  - Schlumberger Ltd. common stock | A | Dividend | J | T | Buy | 07/25/18 | K | | |
| 291.  - Schwab Charles Corp common stock | A | Dividend | K | T | Buy<br>(add'l) | 02/15/18 | J | | |
| 292.  SPDR Barclays Capital Convertible Sec ETF | A | Dividend | | | Sold | 05/04/18 | J | B | |
| 293.  - Stryker Corp common stock | A | Dividend | K | T | | | | | |
| 294.  - TD Ameritrade Money Market fund | D | Dividend | J | T | | | | | |
| 295.  - UnitedHealth Group Inc common stock | A | Dividend | K | T | | | | | |
| 296.  - Vanguard FTSE Developed Markets ETF | A | Dividend | | | Sold | 02/06/18 | K | C | |
| 297.  - Vanguard Total Stock Market ETF ETF | A | Dividend | | | Sold | 02/15/18 | K | D | |
| 298.  - VISA Inc common stock | A | Dividend | K | T | | | | | |
| 299.  - Vulcan Materials Co common stock | A | Dividend | | | Buy<br>(add'l) | 01/23/18 | J | | |
| 300. | | | | | Sold | 07/25/18 | K | A | |
| 301.  - Wells Fargo & Co common stock | A | Dividend | | | Buy<br>(add'l) | 02/15/18 | J | | |
| 302. | | | | | Sold | 03/13/18 | K | C | |
| 303.  IRA #3 (H) | | | | | | | | | |
| 304.  - iShares Core S&P Small Cap ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/17/18 | J | | |
| 305.  - iShares S&P 500 Value ETF | A | Dividend | J | T | | | | | |
| 306.  - TD Ameritrade Money Market Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Edison, Andrew M.** | 11/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | | | | | |
| 308.  - Vanguard Total Stock Market ETF ETF | A | Dividend | J | T | Buy | 01/17/18 | J | | |
| 309.  Dartmouth Donor Advised Fund | | None | N | T | Buy | 09/04/18 | L | | |
| 310.  Monster Investments II, LP | | None | J | W | | | | | |
| 311.  Monster Investments III, LP | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Edison, Andrew M.** | 11/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 11/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Andrew M. Edison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544